COUNTY OF BUTLER, Respondent

v.

CENTURYLINK COMMUNICATIONS, LLC, and All Subsidiaries and Related Entities; the United Telephone Company of Pennsylvania LLC, and All Subsidiaries and Related Entities; Consolidated Communications of Pennsylvania, LLC, and All Subsidiaries and Related Entities; Consolidated Communications Enterprise Services, Inc., and All Subsidiaries and Related Entities; Core Communications, Inc., and All Subsidiaries and Related Entities; Intermedia Communications of Florida, Inc., and All Subsidiaries and Related Entities; Verizon Pennsylvania, Inc., and All Subsidiaries and Related Entities; Level 3 Communications, LLC, and All Subsidiaries and Related Entities; TelCove of Eastern Pennsylvania, and All Subsidiaries and Related Entities; AT & T Corp., and All Subsidiaries and Related Entities; Teleport Communications America, LLC, and All Subsidiaries and Related Entities; US LEC of Pennsylvania, LLC, and All Subsidiaries and Related Entities; Bandwidth.com CLEC, LLC, and All Subsidiaries and Related Entities; Comcast Phone of Pennsylvania, LLC, and All Subsidiaries and Related Entities; Peerless Network of Pennsylvania, LLC, and All Subsidiaries and Related Entities; and ABC Companies 1 Through 20, Petitioners

No. 271 WAL 2017

Supreme Court of Pennsylvania.

December 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of December, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> When the General Assembly plainly and unambiguously grants the right to enforce a statute to a particular Commonwealth agency, may a different plaintiff circumvent this legislative directive by attempting to enforce the statute through common-law damages claims?

COMMONWEALTH of Pennsylvania, Respondent

v.

Juan Carlos ALVAREZ, Petitioner

No. 569 MAL 2017

Supreme Court of Pennsylvania.

December 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.